IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | | |
|---|---|---|
| JOYCE SLAVINGS,<br>　　　　Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC.,<br>　　　　Defendant. | § § § § § § § § § § § | No. 3:09-CV-03026-RTD |
| SUSAN RABONE,<br>　　　　Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC.,<br>　　　　Defendant. | § § § § § § § § § § § | No. 3:09-CV-03027-RTD |
| MELISSA HILL,<br>　　　　Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC.,<br>　　　　Defendant. | § § § § § § § § § § § | No. 3:09-CV-03028-RTD |

**AGREED AMENDED DISMISSAL ORDER**

　　NOW on this 11th day of August, 2010, there comes on for consideration the above-styled causes. IT APPEARING to the Court that the matters have been settled, counsel for the Parties having so advised the Court and submitted the settlement agreements under seal for the Court's review, it is ORDERED that Plaintiff's Second Amended Complaints are dismissed with prejudice, subject to the terms of the individual settlement agreements, which have been

individually reviewed and approved by this Court. The motions to amend to approve settlement are GRANTED.

The Court retains jurisdiction to vacate this order and to reopen the actions upon cause shown that settlements have not been completed and that a party wishes this Court to enforce any of the individual settlement agreements specifically.

                                                    /s/ Robert T. Dawson
                                                    Honorable Robert T. Dawson
                                                    United States District Judge

| | |
|---|---|
| */s /Roman A. Shaul* | */s/ Joel S. Allen* |
| Roman A. Shaul | Ronald E. Manthey (*Admitted pro hac vice*) |
| *(Admitted Pro Hac Vice)* | Joel S. Allen (*Admitted pro hac vice*) |
| Jere L. Beasley and W. Daniel Miles, III | **MORGAN, LEWIS & BOCKIUS LLP** |
| **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.** | 1717 Main Street, Suite 3200 |
| P.O. Box 4160 | Dallas, Texas 75201 |
| Montgomery, Alabama 36103-4160 | Telephone: 214.466.4000 |
| Telephone: 334.269.2343 | Facsimile:  214.466.4001 |
| Facsimile:  334.954.7555 | ron.manthey@morganlewis.com |
| roman.shaul@beasleyallen.com | joel.allen@morganlewis.com |
| | |
| J. Allen Schreiber | Frederick J. Lewis |
| P. Mark Petro | **OGLETREE DEAKINS NASH SMOAK STEWART** |
| **SCHREIBER & PETRO PC** | 6410 Poplar Ave; Ste 300 |
| 301 19th Street N, Suite 580 | Memphis, TN 38119 |
| Birmingham, AL | 901-767-6160 |
| Telephone:  205.871.5080 | Fax: 901-767-7411 |
| Facsimile:  205.879.6960 | Fred.Lewis@ODNSS.com |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |